IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES E. BENJAMIN,        )<br>                           )<br>     Plaintiff,            )<br>                           )<br>     v.                    )<br>                           )<br>DERRICK BONE, Deputy       )<br>Sheriff of Chilton County, )<br>Alabama, in his Individual )<br>Capacity; and, JOHN        )<br>SHEARON, Sheriff of        )<br>Chilton County, Alabama,   )<br>in his Individual          )<br>Capacity,                  )<br>                           )<br>     Defendants.           ) | CIVIL ACTION NO.<br>2:20cv962-MHT<br>(WO) |

## JUDGMENT

Because plaintiff concedes that defendants' motion for summary judgment is due to be granted as to defendant John Shearon on the two counts against him, *see* Plaintiff's Response to Motion for Summary Judgment (Doc. 65) at 5, it is ORDERED, ADJUDGED, and DECREED that:

(1) Defendants' motion for summary judgment (Doc.

57) is granted as to all claims against defendant John Shearon. (The motion remains pending as to Counts I-III against defendant Derrick Bone.)

(2) Judgment is entered for defendant Shearon and against plaintiff James E. Benjamin on Counts IV and V of the second amended complaint, with plaintiff taking nothing by his complaint on said counts. Defendant Shearon is terminated as a party.

Costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 20th day of May, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE